IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   23-cr-00079-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASPEN FINNIE,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 11, 2021, in the State and District of Colorado, the defendant, ASPEN FINNIE, knowingly made a false statement and representation to The Right Arms, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Right Arms, in that the defendant ASPEN FINNIE executed and submitted to The Right Arms a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Ruger LCP .380 caliber handgun bearing serial number 380939019, stating that she was the actual buyer of a firearm when as she well knew, she was not the actual buyer of the firearm in that she was acquiring the firearm on behalf of another person; and also stating that her current residence was

at 5255 Memphis Street, Denver, Colorado 80239, when, as she well knew, that location was not her current residence.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about November 29, 2021, in the State and District of Colorado, the defendant, ASPEN FINNIE, knowingly made a false statement and representation to Triple J Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the Triple J Armory, in that the defendant ASPEN FINNIE executed and submitted to Triple J Armory a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a JTS Model 12AK 12-gauge shotgun bearing serial number MK2022316, stating that her current residence was at 5255 Memphis Street, Denver, Colorado 80239, when, as she well knew, that location was not her current residence.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Forfeiture Allegation

1.  The allegations contained in Count 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including but not limited to the following: (1) a Ruger LCP .380 caliber handgun bearing serial number 380939019, (2) a JTS Model 12AK 12-gauge shotgun bearing serial number MK2022316.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON




COLE FINEGAN
United States Attorney


By: <u> s/Albert Buchman          </u>
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov